United States District Court
Southern District of Texas
**ENTERED**
September 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MUHAMMAD YASIR, "Petitioner," | § § | |
| v. | § § § | Civil Action No. 1:26-cv-00884 |
| MIGUEL VERGARA, *et al.* "Respondents," | § § | |

**ORDER**

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "Magistrate Judge's Report and Recommendation" (Dkt. No. 4) ("Report & Recommendation"), and "Petitioner's Objection to Magistrate Judge Betancourt's Report and Recommendation" (Dkt. No. 5) ("Objections").

After a *de novo* review of the file, the Report & Recommendation (Dkt. No. 4) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DISMISED without prejudice**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this September 10, 2026

Rolando Olvera
United States District Judge